Name & Address:
Surjit P. Soni (State Bar No. 127419)
M. Danton Richardson (State Bar No. 141709)
The Soni Law Firm
35 N. Lake Ave., Suite 720
Pasadena, CA 91101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBIJI INDERJIT KAUR PURI, an individual, <br><br> PLAINTIFF(S) <br> v. <br> PLEASE SEE ATTACHMENT <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV11-9503 GW (SHx) <br><br><br> SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, __Surjit P. Soni_____, whose address is __35 N. Lake Ave., Suite 720, Pasadena, CA 91101_____.   If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __NOV 15 2011__                     By: _____
                                                Deputy Clerk

                                                (Seal of the Court)

ORIGINAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                                    SUMMONS

## ATTACHMENT TO SUMMONS

YOGI BHAJAN ADMINISTRATIVE TRUST; SHAKTI PARWHA KAUR KHALSA, Trustee; EK ONG KAR KAUR KHALSA, Trustee; GOLDEN TEMPLE OF OREGON, LLC, an Oregon Limited Liability Company; and DOES 1 through 10,