NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Surjit P. Soni (State Bar No. 127419)
M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
THE SONI LAW FIRM
35 North Lake Ave., Suite 720
Pasadena, California 91101

ATTORNEYS FOR: BIBIJI INDERJIT KAUR PURI

FILED 2011 NOV 15 PM 3:55 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT LOS ANGELES BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BIBIJI INDERJIT KAUR PURI, an individual, Plaintiff(s), v. YOGI BHAJAN ADMINISTRATIVE TRUST, et al. Defendant(s) | CASE NUMBER: CV11-9503 GW (SHx) CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  BIBIJI INDERJIT KAUR PURI, an individual,
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                          **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| BIBIJI INDERJIT KAUR PURI, an individual, | PLAINTIFF |
| YOGI BHAJAN ADMINISTRATIVE TRUST; | DEFENDANT |
| SHAKTI PARWHA KAUR KHALSA, Trustee; | DEFENDANT |
| EK ONG KAR KAUR KHALSA, Trustee; | DEFENDANT |
| GOLDEN TEMPLE OF OREGON, LLC, an Oregon Limited Liability Company; | DEFENDANT |

CONFORMED COPY

11/15/2011
Date

Sign

Surjit P. Soni
Attorney of record for or party appearing in pro per