JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBIJI INDERJIT KAUR PURI,<br><br>    Plaintiff,<br><br>    v.<br><br>YOGI BHAJAN ADMINISTRATIVE TRUST, et al.,<br><br>    Defendants. | Case No. CV 11-9503 FMO (SHx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Summary Judgment, Or, In the Alternative, Summary Adjudication, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice as to Count I (federal statutory and common law trademark infringement) and Court II (violation of Section 43(a) of the Lanham Act), and dismissed without prejudice as to the remaining state law and declaratory judgment claims.

Dated this 30th day of October, 2015.

                                                     /s/
                                   Fernando M. Olguin
                              United States District Judge